1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT
9                         CENTRAL DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  VADIM STANLEY MIESEGAES, | Case No. CV 15-01574 CJC (RAO) |
| 12  Plaintiff, | |
| 13  v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| 14  CLIFF ALLENBY, et al., | |
| 15  Defendants. | |

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Fifth Amended
18   Complaint, Dkt. No. 92; the Motion for Summary Judgment filed by Defendants
19   Clendenin and Black (collectively, "Defendants"), Dkt. Nos. 161, 170; Plaintiff's
20   Motion for Joinder, Dkt. Nos. 155, 167; Plaintiff's Opposition to the Motion for
21   Summary Judgment, Dkt. No. 174; Defendants' Reply, Dkt. No. 180; the Report and
22   Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 184;
23   Plaintiff's Objections to the Report, Dkt. No. 185; and all of the other records and
24   files herein.  Further, the Court has made a *de novo* determination of those portions
25   of the Report to which Plaintiff has objected.  The Court is not persuaded by
26   Plaintiff's Objections and hereby accepts and adopts the Magistrate Judge's findings,
27   conclusions, and recommendations.
28   ///

Accordingly, IT IS ORDERED that:

(1) Defendants' Motion for Summary Judgment is GRANTED;

(2) Plaintiff's Motion for Joinder is DENIED; and

(3) Plaintiff's Fifth Amended Complaint is dismissed with prejudice.

DATED: January 28, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE