# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VADIM STANLEY MIESEGAES,<br>Plaintiff,<br>v.<br>CLIFF ALLENBY, et al.,<br>Defendants. | Case No. CV 15-01574 CJC (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: January 28, 2021

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE